JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL LASICA, an individual, | Case No. CV 15-4230-GW(FFMx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICA ONLINE, a California corporation, | FRCP 41(a)(1)(A)(ii) |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice filed by the Parties on June 8, 2016 (Dkt. 63), this action is dismissed with prejudice. All previously set dates and deadlines are hereby vacated and taken off calendar.

IT IS SO ORDERED.

Dated: June 9, 2016

*[signature]*
HONORABLE George H. Wu
United States District Judge

1

4816-2879-3648.v1